HENRY J. MULLEN, Respondent, v. JAMES WALSH and ALICE WALSH, His Wife, Appellants.— Order of the County Court of Suffolk county, affirming a judgment for plaintiff in an action for work, labor and services, rendered by the Justice's Court of the town of Babylon, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ.

SALLY ANN MYERS, Respondent, v. HOWARD G. MYERS, Appellant.— Order granting counsel fee and alimony modified by reducing the counsel fee to $500; said amount to be paid in two installments of $250 each; the first installment to be paid within ten days from the entry of the order hereon, and the second installment to be paid within thirty days after such entry. As so modified, the order is affirmed, without costs. The appeal from the order denying motion for reargument is dismissed. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

BERTHA NOLAN, Appellant, v. ADELINE BASSO, Respondent.— Order granting defendant's motion to vacate on the merits an order of arrest in an action for assault affirmed, with ten dollars costs and disbursements. Appeal from order granting another motion by defendant to vacate the same order of arrest because of plaintiff's failure to comply with rule 80 of the Rules of Civil Practice, dismissed, without costs. No opinion. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.

PARLOR REALTY & CONSTRUCTION Co., INC., Respondent, v. EMIL P. KRASPER and ALMA KRASPER, Appellants.— Judgment in an equitable suit for injunction, restraining the defendants from maintaining any building or structure in violation of restrictive covenants, etc., unanimously affirmed, in so far as an appeal is taken therefrom, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.